**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MATTHEW HORAN & JOHN SULLIVAN,

Plaintiffs,

Case No. 25-cv-1114-BAH

v.

NATIONAL CABLE SATELLITE CORPORATION,

Defendant.

**JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure 60(b) and Local Rule 7, Plaintiffs Matthew Horan and John Sullivan and Defendant National Cable Satellite Corporation hereby move the Court to set aside entry of default in the above-captioned matter. In support thereof, the Parties state as follows:

1. On April 14, 2025, Plaintiffs initiated the above-captioned action and were issued a summons for service on Defendant. *See* ECF Nos. 1, 2.
2. On April 23, 2025, a process server attempted personal service of the Complaint and Summons on Defendant. According to the process server's affidavit, an individual named Ronald Stevens accepted service on behalf of Defendant at the address 400 N. Capitol St. NW, Suite 650, Washington, DC, 20001. *See* ECF No. 4.
3. Defendant's corporate address is 400 North Capitol St. NW Suite 155, not Suite 650, and no person by the name of Ronald Stevens is authorized to accept service on behalf of Defendant.

4. On May 20, 2025, based on the process server's representation that service had been completed on April 23, counsel for Plaintiffs filed an affidavit in support of default. ECF No. 6.
5. The Clerk of Court entered default against Defendant on May 21, 2025. ECF No. 7.
6. Upon learning of the entry of default, counsel for Defendant contacted counsel for Plaintiffs and informed them that Defendant had not been served the Summons or Complaint.
7. On May 23, 2025, counsel for Plaintiffs asked that Defendant waive service, and counsel for Defendant consented. ECF No. 8. The Parties also agreed to jointly move to set aside entry of default against Defendant.

WHEREFORE, the Parties jointly move the Court to set aside entry of default, and pursuant to Federal Rule of Civil Procedure 4, Defendant shall respond to the Complaint on or by July 22, 2025.

Dated: May 28, 2025

Respectfully submitted,

*/s/ Stan M. Doerrer*
Stan M. Doerrer (DC Bar # 502496)
LAW OFFICE OF STAN M. DOERRER PLLC
950 N. Washington Street
Alexandria, VA 22314
Tel: 703-348-4646
Fax: 703-348-0048
stan@doerrerlaw.com

Katrina Carroll*
CARROLL SHAMBERG LLC
111 West Washington Street Suite 1240
Chicago, IL 60602
Office: 872-215-6205
Mobile: 847-848-1384
katrina@csclassactions.com
**Pro Hac Vice Application Pending*

*Counsel for Plaintiffs Matthew Horan & John Sullivan*

*/s/ Lauren P. Russell*
Lauren P. Russell (#1697195)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
russelll@ballardspahr.com

*Counsel for Defendant National Cable Satellite Corporation*