**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MATTHEW HORAN, et al.

Plaintiff,

v.

NATIONAL CABLE SATELLITE CORPORATION,

Defendant.

Case No. 25-CV-01114-BAH

**DEFENDANT'S MOTION TO DISMISS**

Defendant National Cable Satellite Corporation ("C-SPAN") hereby respectfully moves this Court for an order dismissing Plaintiffs Matthew Horan and John Sullivan's Complaint (ECF No. 1) with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

As more fully set forth in Defendant's Memorandum of Points and Authorities in support of this Motion to Dismiss, Plaintiffs fail to state a claim for violation of the Video Privacy Protection Act ("VPPA") for three independent reasons, any of which are sufficient to warrant dismissal of their claim. First, Plaintiffs are not "consumers" as defined by the VPPA because they did not subscribe to Defendant's video content. Second, Plaintiffs fail to plausibly allege that C-SPAN disclosed their video viewing information and Facebook ID ("FID") to a third party. Third, Plaintiffs fail to allege facts sufficient to establish that C-SPAN transmitted data to Meta that, when paired with a website visitor's FID, could be used by any ordinary person to identify a particular visitor's video viewing history.

For these reasons, Defendant respectfully requests that the Court grant the Motion and dismiss the claim against C-SPAN with prejudice.

Respectfully submitted,

BALLARD SPAHR LLP

July 22, 2025

*<u>/s/ Lauren P. Russell</u>*

Lauren P. Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
russelll@ballardspahr.com

Hilary Lane (NY0604)
1675 Broadway, 19th Floor
New York, New York 10019-5820
Tel: (646) 346-8032
Fax: (212) 233-1946
laneh@ballardspahr.com

Angela Davis Pallozzi (*pro hac vice forthcoming)*
111 South Calvert Street, 27th Floor
Baltimore, Maryland 21202
Tel: (410) 528-5632
Fax: (410) 582-5650
pallozzia@ballardspahr.com

*Counsel for Defendant National Cable Satellite Corporation*