**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MATTHEW HORAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL CABLE SATELLITE CORPORATION,<br><br>Defendant. | Civil Action No. 25-1114<br><br>Judge Beryl A. Howell |

# ORDER

Upon consideration of defendant the National Cable Satellite Corporation's Motion to Dismiss, ECF No. 15; the memoranda submitted in support and opposition; and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that defendant's Motion to Dismiss, ECF No. 15, is **GRANTED**; it is further

**ORDERED** that the Complaint, ECF No. 1, is dismissed without prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

*This is a final and appealable order.*

Date: March 9, 2026




**BERYL A. HOWELL**
United States District Judge